**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DERRICK DEWYNE WATSON, | **Case No.:** 4:26-cv-02388 |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT SPI RESEARCHERS LLP** |
| SPI RESEARCHERS LLP, | |
| Defendant. | |

  **NOTICE IS HEREBY GIVEN** that Plaintiff Derrick Dewyne Watson and Defendant SPI Researchers LLP ("SPI"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution.  The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

  Dated: June 3, 2026

*/s/ Meir Rubinov*
Meir Rubinov
State Bar No. NY6077887
**CONSUMER ATTORNEYS, PLLC**
SDTX Bar No. 3901679
68-29 Main Street
Flushing NY 11367
T: 718-640-8123
F: (718) 247-8020
E: mrubinov@consumerattorneys.com

*Attorneys for Plaintiff,*
*Derrick Dewyne Watson*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Ann Stevenson*