United States District Court
Southern District of Texas

**ENTERED**

June 11, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK DWYNE WATSON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-2388 |
| | § | |
| SPI RESEARCHERS LLP | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 9). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED on this ___11th___ day of June 2026

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE